**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ULYSSES HOLMES and**
**LAPHADRA HOLMES,**

    **Plaintiff,**

                          **CASE NO.:  6:20-CV-00698-PGB-LRH**

**vs.**

**WCA MANAGEMENT COMPANY, L.P.,**

    **Defendant.**
_____/

**JOINT RESPONSE TO THE COURT'S ORDER REGARDING**
**THE CASE MANAGEMENT REPORT**

In accordance with the Court's Order dated August 24, 2020 (Doc. 27), the Parties respectfully inform the Court that they believe the Court should not follow the typical track of ERISA cases because, unlike most ERISA cases, this is not an ERISA case seeking to recoup benefits and reimbursement under Defendant's Health Plan.  Rather, Plaintiffs are bringing statutory claims challenging the legal sufficiency of Defendant's post-employment COBRA notices provided to Plaintiffs.  The claims are brought under 29 U.S.C. § 1166(a) and 29 C.F.R. § 2590.606-4.  Thus, the Parties respectfully submit that some of the traditional ERISA benefits case deadlines are inapplicable.  For example, there is no administrative record to transmit, making the traditional ERISA case management report deadline on that discrete issue moot.

Additionally, the undersigned have been involved in similar COBRA notices cases in the Middle District of Florida.  In each of those cases[1] a traditional civil case management report was permitted by the Court.

---

[1] *See, e.g., Valdivieso v. Cushman & Wakefield, Inc.*, Case No. 8:17-cv-00118-SDM-JSS; *Rigney, et al., v. Target Corporation*, 8:19-cv-01432-MSS-JSS; *Hicks v. Lockheed Martin Corporation*, 8:19-cv-00261-JSM-TGW are a few COBRA cases Plaintiff's counsel handled.

Finally, the Parties apologize to the Court for not including the above information section of the report calling for "requests for Special Consideration or Handling," as it clearly should have been.

For these reasons, the Parties respectfully ask the Court follow the track proposed in the Parties' Case Management Report, or adjust it however the Court deems proper.

Dated this 31st day of August, 2020.

Respectfully submitted,

| | |
|---|---|
| **LITTLER MENDELSON, P.C.** | **WENZEL FENTON CABASS, P.A.** |
| 222 SE 2nd Ave., Suite 2700 | 1110 North Florida Ave., Suite 300 |
| Miami, FL 33131 | Tampa, FL 33602 |
| Telephone: (305) 400-7500 | Telephone: (813) 224-0431 |
| Facsimile: (305) 373-4466 | Facsimile: (813) 229-8712 |
| | |
| BY: */s/ Sherril M. Colombo* | BY: */s/ Brandon J. Hill* |
| **Sherril M. Colombo** | **Brandon J. Hill** |
| Florida Bar No. 948799 | Florida Bar No. 0037061 |
| Email: scolombo@littler.com | Email: bhill@wfclaw.com |
| **Stefanie M. Mederos** | **Luis A. Cabassa** |
| Florida Bar No. 12041 | Florida Bar No. 053643 |
| Email: smederos@littler.com | Email: lcabassa@wfclaw.com |
| Counsel for Defendant | Counsel for Plaintiff |