# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**ULYSSES HOLMES,**

    Plaintiff,

v.                                      **CASE NO: 6:20-cv-698-ORL-40LRH**

**WCA WASTE SYSTEMS, INC.,**

    Defendant.
_____/

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND PARTIES' DEADLINE TO FILE MOTION SEEKING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff, ULYSSES HOLMES, pursuant to Federal Rule of Civil Procedure 6, moves this Honorable Court for a two-week enlargement of the deadline by which the parties must file their Motion Seeking Preliminary Approval of their Class Action Settlement, making the new deadline December 4, 2020. In support of this Motion, Plaintiff states as follows:

## SUPPORTING FACTS

1. The Parties reached a tentative class-wide agreement at mediation and have already exchanged the final draft of the settlement agreement. However, Plaintiff's counsel still needs to obtain Mr. Holmes' signature on the document.

2. Additionally, the Parties are still finalizing the draft Motion for Preliminary Approval and its exhibits.

3. Next week is Thanksgiving which will likely slow down the process and, thus, Plaintiff respectfully requests two additional weeks for counsel to obtain his client signature and finalize the Motion.

4. This brief extension will not impact any other deadlines.

5. Defendant does not oppose this extension.

## MEMORANDUM OF LAW

When an act is required or allowed to be done at or within a specified time, the Court for good cause shown may at any time in its discretion, with or without motion or notice, order the period enlarged if such a request is made before the expiration of the period originally prescribed or as extended by previous order. *See* Fed. R. Civ. P. 6(b).

The instant Motion is brought before the expiration of deadline to seek Court approval. The enlargement is not made for reasons of delay, or other improper purpose. The enlargement also will have no impact on any other deadlines in the case. Further, the consent of Defendant to the requested relief confirms that no Party will be prejudiced by the enlargement.

*WHEREFORE*, Plaintiff moves for entry of an Order permitting the parties to have up until and including December 4, 2020, to submit a Motion seeking preliminary Court approval of the Parties' class action settlement.

## CERTIFICATE OF GOOD FAITH

Prior to filing this Motion, Plaintiff's counsel conferred with Defendant's counsel pursuant to Local Rule 3.01(g) to attempt to resolve the subject dispute. Defendant's Counsel does not oppose the filing of this motion.

Dated this 20th day of November, 2020.

Respectfully submitted,

*/s/ Brandon J. Hill*
**BRANDON J. HILL**
Florida Bar Number: 0037061
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Direct Dial: 813-337-7992
Facsimile: 813-229-8712

Email: bhill@wfclaw.com
Email: twells@wfclaw.com
**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 20th day of May, 2019, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Brandon J. Hill*
**BRANDON J. HILL**