## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**ULYSSES HOLMES,**

    **Plaintiff,**

v.                                   Case No: 6:20-cv-698-PGB-LRH

**WCA MANAGEMENT COMPANY, L.P.,**

    **Defendant.**

_____/

## ORDER

This cause is before the Court on the parties' Joint Motion for Preliminary Approval of Class Action Settlement Agreement (Doc. 47), filed on December 18, 2020. The United States Magistrate Judge has submitted a report recommending that the motion be granted. (Doc. 48).

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of No Objection (Doc. 49), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 25), is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The parties' Amended Joint Motion for Approval of FLSA Settlement Agreement (Doc. 47) is **GRANTED**;

3. The parties are directed to email an updated[1] copy of their proposed order (Doc. 47-4) in Microsoft Word format to CHAMBERS_FLMD_BYRON@flmd.uscourts.gov.

**DONE AND ORDERED** in Orlando, Florida on May 12, 2021.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The Court adopts the two modifications specified in the Report and Recommendation. (Doc. 48, pp. 22–23).